IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**FREDRICK KELLER,**

*Plaintiff*,

v.                                              Case No.: 3:23cv3451-MW/ZCB

**ESCAMBIA COUNTY JAIL,
CAMP 5,**

*Defendants*.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 9. Upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED:**

The report and recommendation, ECF No. 9, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating "This action is **DISMISSED without prejudice** under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim

---

[1] Plaintiff's deadline to file objections to the Report and Recommendation expired on June 26, 2023. On July 3, 2023, the copy of the Report and Recommendation to be served on Plaintiff was returned to this Court as undeliverable. *See* ECF No. 10. It appears that Plaintiff no longer resides at his address on record and failed to update his address with this Court. This Court is not obligated to find Plaintiff's new address before addressing the pending Report and Recommendation.

on which relief may be granted." The Clerk shall close the file.

**SO ORDERED on July 10, 2023.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
